**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNY SCHARF,

                Plaintiff,                        25 **CIVIL** 8044 (CM)

      -against-                       <u>**RULE 54(b) JUDGMENT**</u>

JOMBIHIS CORPORATION,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2026, Scharf's motion for a judgment of default on his breach of contract claim and New York Arts and Cultural Affairs Law claims is DENIED without prejudice to renewal following an inquest at which the Plaintiff must establish the dates on which the art works at issue were sold, so that damages can be calculated. Plaintiff's motion for a default judgment on his claim for an accounting is GRANTED. An interlocutory final judgment on Count 6 is hereby entered, pursuant to Fed. R. Civ. P. 54(b).

**Dated:**  New York, New York
         March 17, 2026

                                **TAMMI M. HELLWIG**

                                _____

                                  **Clerk of Court**

                **BY:**   _____

                               **Deputy Clerk**