**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNY SCHARF,

                    Plaintiff,                                          25 **CIVIL** 8044 (CM)

          -against-                                                        **AMENDED**
                                                                    **RULE 54(b) JUDGMENT**

JOMBIHIS CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Amended Order dated March 17, 2026, Scharf's motion for a judgment of

default on his breach of contract claim and New York Arts and Cultural Affairs Law claims is

DENIED without prejudice. Plaintiff's motion for a default judgment on his claims for

conversion, breach of fiduciary duty, and declaratory judgment is DENIED, and for the reasons

stated in the opinion these claims are DISMISSED. Plaintiff's motion for a default judgment on

his claim for an accounting is GRANTED; accordingly, final judgment on Count 6 is hereby

entered pursuant to Fed.R. Civ. P. 54(b).

**Dated:** New York, New York
       March 18, 2026

                                       **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                 **BY:**

                                       **Deputy Clerk**